peals for the Sixth Circuit denied. *Mr. Elwood Hamilton* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, J. Louis Monarch, A. H. Conner, Wm. H. Riley, Jr.,* and *Clarence M. Charest* for respondent.

No. 675. FORD *v.* NEW YORK, NEW HAVEN & HARTFORD R. Co. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas J. O'Neill* and *Charles D. Lewis* for petitioner. *Messrs. John M. Gibbons* and *Edward R. Brumley* for respondent.

No. 686. CLIFTON HIGHLAND CO. ET AL. *v.* LAKEWOOD ET AL. March 21, 1932. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Miles E. Evans* for petitioners. No appearance for respondents.

No. 687. CZARLINSKY *v.* UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. A. T. Hannett* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 688. SOCIETE ENFANTS GOMBAULT ET CIE *v.* LAWRENCE-WILLIAMS Co. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Lanier McKee* and *James R. Garfield* for petitioner. *Mr. John F. Oberlin* for respondent.